UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRANDON MANUEL LOAYZA,

Plaintiff,

v. Case No: 5:26-cv-286-JSS-PRL

TODD BLANCHE, MARKWAYNE MULLIN, JOSEPH B. EDLOW, RUTH DOROCHOFF, and MARGARET IGLESIAS,

Defendants.
___________________________________/

**ORDER**

In light of the parties' proposed deadlines, (*see* Dkt. 28), the parties shall adhere to the following briefing schedule:

1. On or before September 14, 2026, Defendants shall file the certified administrative record.
2. On or before November 13, 2026, Plaintiff shall file a motion for summary judgment.
3. On or before December 11, 2026, Defendants shall file a response to Plaintiff's motion for summary judgment. By the same deadline, Defendants may also file a cross-motion for summary judgment.
4. On or before January 4, 2027, Plaintiff may file a reply in support of his motion for summary judgment. If Defendants file a cross-motion, Plaintiff shall file a response to the cross-motion by the same deadline.

5. If Defendants file a cross-motion, they may file a reply in support of the cross-motion on or before January 25, 2027.
6. Each filing shall fully comply with all applicable Local Rules.
7. A hearing on the filings may be set at the court's discretion.

**ORDERED** in Orlando, Florida, on August 17, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record